NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**LAKESHORE HARBOUR TOWNHOUSES CONDOMINIUM,**

*Plaintiff-Appellant*

**1950 LAKESHORE DRIVE, LLC, BOYS AND GIRLS CLUB OF THE MUSKEGON LAKESHORE, LAUREEN FELINSKI SAMPLES, GAWKOWSKI PROPERTIES LAKESHORE, LLC, SAB HOLDINGS, LLC, WENDI HAMMERLE, MORSE MICHAEL, MORGAN MICHAEL, JANET H. VAIL, HARTSHORN HOLDINGS, LLC, ROQUE YBARRA, VICKIE YBARRA,**

*Plaintiffs*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

———————

2025-1508

———————

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00902-MRS, 1:23-cv-02086-MRS, Judge Molly R. Silfen.

———————

**O R D E R**

2    LAKESHORE HARBOUR TOWNHOUSES CONDOMINIUM V. US

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

April 15, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 15, 2025